**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMMED AL-ADAHI, et al.,   :
                                   :

             Petitioners,   :
                                   :

          v.              :    Civil Action No. 05-280 (GK)
                                   :

BARACK H. OBAMA, et al.,    :
                                   :

             Respondents.  :

## ORDER

A Status Conference was held in Petitioner Bawazir's case on November 16, 2009, which was closed to the public due to the discussion of sealed information. Upon consideration of the Government's Motion for a Stay of Proceedings [Dkt. No. 491], Petitioner's Oral Motion for a Continuance, representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that the Government's Motion is **denied;** and it is further

**ORDERED,** that Petitioner's Oral Motion for a Continuance is **granted.** Petitioner Bawazir's Merits Hearing is hereby reschedule to begin on **January 4, 2010;** and it is further

**ORDERED,** that Petitioner Bawazir's Pre-Trial Conference is scheduled for **December 22, 2009.**


November 16, 2009      /s/ _____
                              Gladys Kessler
                              United States District Judge

Copies to: Attorneys of Record via ECF